■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KING, Appellant. [769 NYS2d 884]—

Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered September 29, 2000, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a second violent felony offender, to a term of 20 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley,* 69 NY2d 490 [1987]). There is no basis for disturbing the jury's determinations concerning identification and credibility. The People presented identification testimony by two witnesses, the victim and a store clerk, both of whom had ample opportunity

to view defendant, and an accomplice who also testified against defendant.

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Andrias, Saxe, Williams and Friedman, JJ.